UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

AUG 2 6 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *Plaintiff,* | § | |
| | § | No.:  SA:17-CR-00459(1)-DAE |
| vs. | § | |
| | § | |
| (1) JAMES A. LITTLE | § | |
| *Defendant,* | § | |

## ORDER APPOINTING COUNSEL

The above-named Defendant having satisfied this Court after appropriate inquiry that Defendant (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Federal Public Defender is hereby **APPOINTED** to represent the defendant in the above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall nevertheless remain in effect until terminated or a substitute attorney is appointed or retained.

**SIGNED** on  **August 26, 2021.**

RICHARD B. FARRER
**UNITED STATES MAGISTRATE JUDGE**